IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALLEN CHANTELL PEOPLES
ADC #134098                                                                                    PLAINTIFF

v.                          Case No. 3:10-cv-306-DPM

OSCEOLA POLICE DEPARTMENT
and BLYTHEVILLE POLICE DEPARTMENT                         DEFENDANTS

ORDER

In its 17 March 2011 Order, the Court granted Allen Peoples's motion to proceed *in forma pauperis*. Document No. 7. Because Peoples's complaint was too vague and conclusory to determine whether it was frivolous, failed to state a claim, or stated a cause of action, the Court directed him to file an amended complaint within thirty days. The Court advised Peoples that failing to file an amended complaint could result in dismissal without prejudice. Peoples sought, *Document No. 10*, and the Court granted, *Document No. 11*, more time to amend. In that Order, the Court directed Peoples to file his amended complaint by 18 May 2011, noting again that the case could be dismissed without prejudice if he failed to file.

Peoples has not filed an amended complaint. He has not prosecuted his

case diligently. And the Court therefore dismisses his complaint without prejudice. Local Rule 5.5(c)(2).

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 June 2011