IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ALLEN CHANTELL PEOPLES
ADC #134098                                                                                          PLAINTIFF

v.                    Case No. 3:10-cv-306-DPM

OSCEOLA POLICE DEPARTMENT
and BLYTHEVILLE POLICE DEPARTMENT                              DEFENDANTS

JUDGMENT

Peoples's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge


29 June 2011